

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

December 9, 2019

**Via ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019
```

Re: *Usmanova v. Mr. Kabob Restaurant, Inc., et al.*
Docket No. 19-cv-02212 (JGK) (SDA)
File No. 190036

Your Honor:

This firm represents all defendants in the above-referenced matter. We write to request an adjournment of the settlement conference scheduled for December 19, 2019. Plaintiff's counsel has graciously consented to this request. I have conferred with plaintiff's counsel about proposed dates and all parties are available on February 4, 5, and 6, 2020.

I am requesting the adjournment as a close family member is having a medical procedure that day. In trying to propose a new date, I conferred with plaintiff's counsel and explained that I have back to back trials in January 2020, one before the NYS Division of Human Rights and the other in the Westchester County Supreme Court. I am also scheduled to be at an out of town municipal law seminar with clients the last week of January 2020.

This is defendants' first request for an adjournment of this date. Plaintiff previously requested an adjournment due to his wife undergoing surgery.

Thank you for your consideration of this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

ADAM I. KLEINBERG

Request GRANTED. The settlement conference currently scheduled for December 19, 2019 is adjourned until Thursday, February 6, 2020 at 2:00 p.m. The parties are reminded to comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. SO ORDERED.
Dated: December 10, 2019

cc: All Counsel of Record (via ECF)