UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ranokhon Usmanova,

          Plaintiff,

-against-

Mr. Kabob Restaurant, Inc. d/b/a Ravagh Persian Grill et al.,

          Defendants.

1:19-cv-02212 (JGK) (SDA)

ORDER RESCHEDULING
SETTLEMENT CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled before Magistrate Judge Stewart Aaron on Thursday, February 6, 2020 (*see* ECF No. 25) will commence at 1:30 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

DATED:    New York, New York
               January 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge