```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ranokhon Usmanova, et al.

                            Plaintiffs,

-against-

Mr. Kabob Restaurant, Inc. d/b/a Ravagh Persian Grill et al.,

                            Defendants.

1:19-cv-02212 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains claims under the Fair Labor Standards Act. On February 7, 2020, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 29.) On March 9, 2020, the parties submitted their proposed settlement agreement. (ECF No. 31.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs, except as may be stated in the settlement agreement. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement.

**SO ORDERED.**

DATED:     New York, New York
               March 10, 2020

                                                                  _____
                                                                  STEWART D. AARON
                                                                  United States Magistrate Judge